Argued and submitted January 31, conviction affirmed; special condition of probation vacated and remanded for resentencing February 26, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## CRAIG ALAN DAVIES,
*Appellant.*

(90CR0349; CA A67352)

825 P2d 662

Alan H. Biedermann, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Michael M. Pacheco, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted, on his plea of no contest, of delivery of a controlled substance. ORS 475.992. He was placed on probation. Defendant contends, and the state concedes, that special condition of probation number 5 does not comply with ORS 137.540(2)(k). We accept the concession.

Conviction affirmed; special condition of probation number 5 vacated; remanded for resentencing.